| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Manglona, Ramona V. | 2. Court or Organization District Court for the Northern Mariana Islands | 3. Date of Report 12/30/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

123 Kopa di Oru Street
P. O. Box 500687
Saipan, MP 96950

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee | ▨ trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | ▨ Trust | $16,174.29 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ▨ salary- Supreme Court, Northern Mariana Islands |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Guam | Personal Loan (secured by CD) | L |
| 2. | M.S. Villagomez, Inc. ___ corp.) | Account payable for house maintenance and improvements | J |
| 3. | Univ. of California at Berkeley | Tuition paid monthly pursuant to payment plan | None |
| 4. | Univ. of Michigan at Ann Arbor | Tuition paid monthly pursuant to payment plan | None |
| 5. | American Express Optima | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Bank of Guam - cash account | B | Interest | M | T | | | | | |
| 2.   Bank of Saipan - cash account | C | Interest | K | T | | | | | |
| 3.   Sunset Life Insurance (Universal) | | None | J | T | | | | | |
| 4.   Rental Property - DFS Garapan, Saipan, MP (Parcel 1) | D | Rent | N | W | | | | | |
| 5.   ▊▊▊ Trust | G | Int./Div. | P2 | W | | | | | |
| 6.   -Garapan 1 | | | | | | | | | |
| 7.   -Garapan 2 | | | | | | | | | |
| 8.   -Garapan 3 | | | | | | | | | |
| 9.   -Navy Hill 1 | | | | | | | | | |
| 10.   -Navy Hill 2 | | | | | | | | | |
| 11.   -Chalan Kanoa 1 | | | | | | | | | |
| 12.   -Chalan Kanoa 2 | | | | | | | | | |
| 13.   -Chalan Kanoa 3 | | | | | | | | | |
| 14.   -DanDan 1 | | | | | | | | | |
| 15.   -DanDan 2 | | | | | | | | | |
| 16.   -DanDan 3 | | | | | | | | | |
| 17.   -Tuturam 1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Taturam 2 | | | | | | | | | |
| 19.   -Taturam 3 | | | | | | | | | |
| 20.   -Papago 1 | | | | | | | | | |
| 21.   -Papago 2 | | | | | | | | | |
| 22.   -Papago 3 | | | | | | | | | |
| 23.   -Papago 4 | | | | | | | | | |
| 24.   -Papago 5 | | | | | | | | | |
| 25.   -As Perdido 1 | | | | | | | | | |
| 26.   -As Perdido 2 | | | | | | | | | |
| 27.   -As Perdido 3 | | | | | | | | | |
| 28.   -As Perdido 4 | | | | | | | | | |
| 29.   -As Perdido 5 | | | | | | | | | |
| 30.   -Chalan Kiya 1 | | | | | | | | | |
| 31.   -Chalan Kiya 2 | | | | | | | | | |
| 32.   -San Roque 1 | | | | | | | | | |
| 33.   -Fina Sisu Parcels 1 to 15 | | | | | | | | | |
| 34.   -Puerto Rico Village 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Tanapag 1 | | | | | | | | | |
| 36. -San Jose Village 1 | | | | | | | | | |
| 37. -San Jose Village 2 | | | | | | | | | |
| 38. -San Jose Village 3 | | | | | | | | | |
| 39. -Rota Property 1 | | | | | | | | | |
| 40. -Rota Property 2 | | | | | | | | | |
| 41. -Rota Property 3 | | | | | | | | | |
| 42. -Garapan Leased Property 1 | | | | | | | | | |
| 43. -San Jose Leased Property 1 | | | | | | | | | |
| 44. -Bank of Guam cash account | C | Int./Div. | N | T | | | | | |
| 45. -First Hawaiian Bank cash account | E | Int./Div. | M | T | | | | | |
| 46. - United Micronesia Development Association (UMDA) | | | K | U | | | | | |
| 47. -Bank of Guam stock | B | Dividend | J | U | | | | | |
| 48. -Bank of Saipan stock | | | J | U | | | | | |
| 49. -Saipan Shipping Co. stock | D | Dividend | J | U | | | | | |
| 50. -Saipan Stevedore Co., Inc. stock | C | Dividend | J | U | | | | | |
| 51. -Duty Free Shoppers Ltd. stock | A | Dividend | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pacific Sky Travel stock | | | K | U | | | | | |
| 53. -San Roque Beach Dev, Corp. stock | C | Dividend | J | U | | | | | |
| 54. -M.S. Villagomez Inc. stock | F | Dividend | N | U | | | | | |
| 55. -Northern Marianas Dev. Corp. (NMDC) | A | Dividend | | | Open | 11/1/12 | J | | |
| 56. -St. Jude Renal Care Facility | B | Dividend | | | Open | 5/1/12 | J | | |
| 57. -Lighthouse Target Allocation | | | K | T | | | | | |
| 58. -Money Concepts Capital Corp. fka Prime Vest cash account | E | Interest | | | | | | | |
| 59. --Dreyfus Insured Deposits C (X) | A | Interest | | | | | | | |
| 60. --Fixed income common trust funds: | | | | | | | | | |
| 61. --- First Bank & Trust Brookings | | | | | Matured | 6/11/12 | M | | |
| 62. ---Camden Natl Bank ME CTF DEP ACT | | | | | Matured | 5/29/12 | M | | |
| 63. ---Capital One BAnk USA Natl Assn McLean | | | | | Matured | 5/7/12 | L | | |
| 64. ---Capital One Bank USA Natl Assn Glen Allen | | | | | Matured | 5/7/12 | L | | |
| 65. ---Discover Bank Greenwood Del | | | | | Matured | 5/21/12 | L | | |
| 66. ---Capital One Bank USA Natl Assn Glen Allen | | | | | Matured | 5/14/12 | K | | |
| 67. ---Capital One Bank USA Natl Assn Glen Allen | | | | | Matured | 5/14/12 | K | | |
| 68. ---Discover Bank Greenwood Del | | | | | Matured | 6/4/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---Discover Bank Greenwood Del | | | | | Matured | 5/14/12 | K | | |
| 70. -- Money Concepts Equity securities: | | | | | | | | | |
| 71. ---Chimera Invt Corp. Com. | A | Dividend | L | T | | | | | |
| 72. ---DWS Global Inflation Funf, Class A | | | | | Buy | 12/29/11 | J | | |
| 73. ---DWS Global Inflation Fund, Class A | | | | | Sold | 02/02/12 | J | B | |
| 74. ---JP Morgan Core Bond Fund Class A | | | | | Buy | 12/29/11 | J | | |
| 75. ---JP Morgan Core Bond Fund Class A | | | | | Sold | 02/02/12 | J | C | |
| 76. ---JP Morgan Govt Bond Fund Class A | | | | | Buy | 02/02/12 | J | | |
| 77. ---Nuveen NWQ Small Midcap Value | | | | | Buy | 12/29/11 | J | | |
| 78. ---Nuveen NWQ Small Midcap Value | | | | | Sold | 02/02/12 | J | D | |
| 79. ---PIMCO Mortgage Backed Securities | | | | | Buy | 12/29/11 | J | | |
| 80. ---PIMCO Mortgage Backed Securities | | | | | Sold | 02/02/12 | J | C | |
| 81. ---T Rowe Price US Treasury | | | | | Buy | 02/02/12 | J | | |
| 82. ---Virtus Quality Small Cap Fund | | | | | Buy | 02/02/12 | J | | |
| 83. ---DWS Global Inflation Fund Class A | | | | | Sold | 05/02/12 | J | C | |
| 84. ---Eaton Vance Short Term Real Rerturn Fund | | | | | Buy | 05/02/12 | J | | |
| 85. ---JP Morgan Core Bond Fund Class A | | | | | Buy | 05/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ---JP Morgan Govt Bond Fund Class A | | | | | Sold | 05/02/12 | J | C | |
| 87. ---JP Morgan Investor Growth Fund | | | | | Buy | 05/02/12 | J | | |
| 88. ---T Rowe Price US Treasury | | | | | Sold | 05/02/12 | J | A | |
| 89. ---Virtus Quality Small Cap Fund | | | | | Sold | 05/02/12 | J | D | |
| 90. ---DWS RREEF Global Infrastructure | | | | | Buy | 08/02/12 | J | | |
| 91. ---Dreyfus US Treasury | | | | | Buy | 08/02/12 | J | | |
| 92. ---Eaton Vance Short Term Real Return Fund | | | | | Sold | 08/02/12 | J | C | |
| 93. ---JP Morgan Core Bond Fund Class A | | | | | Sold | 08/02/12 | J | A | |
| 94. ---JP Morgan Investor Growth Fund | | | | | Sold | 08/02/12 | J | C | |
| 95. ---RS Low Duration Bond | | | | | Buy | 08/02/12 | J | | |
| 96. ---T Rowe Price US Treasury | | | | | Sold | 08/02/12 | J | D | |
| 97. ---DWS RREEF Global Infrastructure | | | | | Sold | 11/02/12 | J | C | |
| 98. ---Dreyfus US Treasury | | | | | Sold | 11/02/12 | J | A | |
| 99. ---JP Morgan Core Bond Fund Class A | | | | | Sold | 11/02/12 | J | D | |
| 100. ---JP Morgan Inflation Managed Bond | | | | | Buy | 11/02/12 | J | | |
| 101. ---RS Low Duration Bond | | | | | Sold | 11/02/12 | J | A | |
| 102. ---Touchstone Small Cap | | | | | Buy | 11/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/30/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Rental Property - Sandy Beach, Chalan Kanoa, Saipan (X) | C | Rent | M | W | | | | | |
| 104. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Manglona, Ramona V. | 12/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII (INVESTMENTS and TRUSTS), lines 6 to 8, 13, 16, 29, 33 (adds two more parcels), 37, 38, 41 are additional properties held by the Trust since inception (part of the Trust Estate) that were inadvertently omitted from prior reports.

2. Part VII, formerly line 37 (-Bank of Saipan cash account) deleted because it was erroneously included. The Trust never had a cash account with this bank.

3. Part VII, line 38 (re: Money Concepts Capital Corp.) of Amended 2011 report was deleted because it is duplicated at line 46, which is now line 57.

4. Part VII, line 46 (re: United Micronesia Development Association UMDA) was inadvertently omitted from prior report.

5. Part VII, line 48 (re: Bank of Saipan stock) added as an asset of the Trust Estate since inception that was not previously listed.

6. Part VII, lines 55 and 56, are new stock assets acquired by the Trust in 2012 from the Grantors' Estates.

7. Part VII, lines 72, 74, 77 and 79 were bought in 2011 but were inadvertently omitted from the 2011 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ramona V. Manglona**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544